IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ERIC LETMAN,<br><br>  Defendant. | CIVIL ACTION FILE NO.<br>1:21-CR-67-TWT |

**ORDER**

This is a criminal action in which the Defendant is charged with committing four bank robberies.  It is before the Court on the Report and Recommendation [Doc. 108] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress Statements [Doc. 76] and Motions to Suppress Evidence [Doc. 77 & 90]. The Magistrate Judge correctly concluded that Officer Fischer and Sgt. Silva of the Gwinnett County Police Department had reasonable suspicion to stop the Defendant to investigate his involvement in the bank robberies. The investigatory stop was not unreasonably prolonged when Dekalb County indicated initially that they did not want the Defendant taken into custody on the outstanding warrant. Accordingly, the statements made by the Defendant during his subsequent detention were not fruit of the poisonous tree. Mr. Letman's Miranda waiver was voluntarily and knowingly made.   The search warrants for the Defendant's car and residence

were supported by probable cause. The Defendant's Objections to the Report and Recommendation are overruled. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress Statements [Doc. 76] and Motions to Suppress Evidence [Doc. 77 & 90] are DENIED.

    SO ORDERED, this  29th  day of March, 2024.

                                            THOMAS W. THRASH, JR.
                                            United States District Judge